

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00389-CR

**BOBBY LYNN KEENE,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 54th District Court**
**McLennan County, Texas**
**Trial Court No. 2014-1063-C2**

## O R D E R

In Trial Court Case No. 2014-1063-C2, appellant Bobby Lynn Keene pled not guilty to one count of aggravated assault of a public servant (enhanced) (Count I) and not guilty to evading arrest or detention with a vehicle (enhanced) (Count II). A jury found Keene guilty of both counts and then assessed Keene's punishment at 40 years and 20 years in prison, respectively, to be served concurrently. Two judgments were signed, one for each count.

Keene filed one notice of appeal, showing his desire to appeal from "the judgment of conviction and sentence" rendered against him in Trial Court Case No. 2014-1063-C2. The appeal therefore bears one case number, Court of Appeals No. 10-15-00389-CR.

Keene's appointed appellate counsel filed a brief challenging only the judgment and sentence for Count I.[1]  A brief bringing any alleged error or an *Anders*-type motion to withdraw and a supporting brief as to Count II must be filed in this proceeding within 30 days from the date of this order.  *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  If counsel files a motion to withdraw, counsel should also file a motion to sever as to that count.  *See Kirven v. State*, No. 10-14-00122-CR (Tex. App.—Waco Oct. 22, 2015, order); *see also Loredo v. State*, No. 10-15-00322-CR (Tex. App—Waco Apr. 21, 2016, order).

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Order issued and filed February 15, 2017



---

[1] Counsel raised a second issue that challenged the jury charge as to both counts.  However, in his reply to the State's brief, counsel realized the facts did not support the challenge and waived the issue.